AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FRANCISCO TORRES

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America

I certify that I am admitted to practice in this court.

May 6, 2004
Date

_[Signature]_
Signature

PAUL H. SMYTH — 634600
Print Name — Bar Number

1550 MAIN STREET, #310
Address

SPRINGFIELD, MA 01103
City — State — Zip Code

(413) 785-0235 — (413) 785-0394
Phone Number — Fax Number