# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

U.S.

v.

Torres

**APPEARANCE**

Case Number: _____

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _def. [illegible appearance noted]_
_appearance only._

Date: 5/5/04

Signature: V A B [signature]

Print Name: Vincent H. Bau[illegible]

Address: 95 State St

City: Spfld  State: MA  Zip Code: 01103

Phone Number: (413) 732-0221