UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       )
                               )
         v.                    )   CRIMINAL NO. 04-00646-MAP
                               )
FRANCISCO TORRES,              )
     Defendant.                )
                               )
```

**THE GOVERNMENT'S MOTION TO CONTINUE THE DEFENDANT'S PRELIMINARY HEARING DATE PURSUANT TO RULE 5.1(d)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to extend the time period for the preliminary hearing pursuant to Fed.R.Crim.P. 5.1(d).  In support of this motion, the government states the following:

1. The defendant Francisco Torres was arrested pursuant to a criminal complaint issued on May 6, 2004.

2. At his initial appearance, also on May 6, 2004, the Court scheduled a preliminary hearing for May 24, 2004.

3. The government case agent, ATF Special Agent James Martin, has been unavailable for case preparation from May 15 through May 23, 2004.  Martin has been in a training seminar in Virginia.

4. The defendant has assented to the government's request through his counsel, Attorney Vincent Bongiorni.

The government respectfully requests this Court to find good cause continue this preliminary hearing until June 2, 2004 at 2

pm.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

By:  s/s Paul Hart Smyth
      _____
      Paul Hart Smyth
      Assistant U.S. Attorney