UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-00646-MAP |
| ) | |
| FRANCISCO TORRES, ) | |
|     Defendant. ) | |
| ) | |

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(8), from the period within which the grand jury must issue an indictment. In support of this motion the government states:

1. The defendant Francisco Torres was arrested pursuant to a criminal complaint issued on May 6, 2004.

2. At his initial appearance, also on May 6, 2004, the Court scheduled a preliminary hearing for May 24, 2004.

3. This Court, upon the government's motion, continued the date for preliminary hearing until June 2, 2004.

4. On/about May 25 and May 28, 2004, counsel for the defendant and undersigned counsel for the government discussed resolving this case through a plea. While the resolution of the case is likely, the parties need additional time to complete and agreement. The defendant has assented to the government's

request through his counsel, Attorney Vincent Bongiorni.

5. It is in the best interests of the defendant, the government and the public to allow a delay in order for the plea negotiations to continue, and to exclude the time from May 25, 2004 until June 28, 2004, from the period within which the indictment of this case must occur under the Speedy Trial Act.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  s/Paul Hart Smyth
     _____
     Paul Hart Smyth
     Assistant U.S. Attorney