UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA         )
                                 )
            v.                   )    CRIMINAL NO. 04-00646-MAP
                                 )
FRANCISCO TORRES,                )
      Defendant.                 )
                                 )


THE GOVERNMENT'S MOTION TO CONTINUE THE DEFENDANT'S PRELIMINARY
              HEARING DATE PURSUANT TO RULE 5.1(d)

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to extend the time period for the preliminary hearing pursuant to Fed.R.Crim.P. 5.1(d).  In support of this motion, the government states the following:

    1. The defendant Francisco Torres was arrested pursuant to a criminal complaint issued on May 6, 2004.

    2. At his initial appearance, also on May 6, 2004, the Court scheduled a preliminary hearing for May 24, 2004.

    3. This Court, upon the government's motion, continued the date for preliminary hearing until June 2, 2004.

    4. On/about May 25 and May 28, 2004, counsel for the defendant and undersigned counsel for the government discussed resolving this case through a plea.  While the resolution of the case is likely, the parties need additional time to complete and agreement.  The defendant has assented to the government's request through his counsel, Attorney Vincent Bongiorni

The government respectfully requests this Court to find good cause continue this preliminary hearing until June 28, 2004 at 2 pm.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                    By:  S/ Paul Hart Smyth
                                _____
                                Paul Hart Smyth
                                Assistant U.S. Attorney