UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) NO. 3:04-mj-646 | U.S. DISTRICT COURT |
| | ) | DISTRICT OF MASS |
| FRANCISCO TORRES | ) | |

## MOTION TO MODIFY CONDITIONS OF BOND

Now comes the defendant in the above entitled matter and moves this Honorable Court modify his conditions of bond by allowing him to change his residence to 44 Woodside Terrace, Springfield, MA. 01108.

Counsel for the defendant has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 21st day of June, 2004.

_____
Vincent A. Bongiorni