UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 04-00646-MAP
                                )
FRANCISCO TORRES,               )
    Defendant.                  )
                                )

        THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
                            (Assented to)

   The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h)(8), from the period within which the grand jury must issue an indictment. In support of this motion the government states:

   1. The defendant Francisco Torres was arrested pursuant to a criminal complaint issued on May 6, 2004.

   2. At his initial appearance, also on May 6, 2004, the Court scheduled a preliminary hearing for May 24, 2004.

   3. This Court, upon the government's motion, continued the date for preliminary hearing until June 28, 2004.

   4. ATF Special Agent James Martin, the case agent and author of the search warrant in this case, is currently out-of-state serving two weeks of active duty training for the United States Air Force Guard. The government had intended on calling Martin as a witness in the event tha ta preliminary hearing were

necessary.  At the time undersigned counsel and counse for defendant chose June 28, 2004 at the date for preliminary hearing, undersigned counsel was unaware that Special Agent Martin would be unavailable.

    4. On/about May 25 and May 28, 2004, counsel for the defendant and undersigned counsel for the government discussed resolving this case through a plea.  The government has recently sent a proposed plea agreement to counsel for defendant.  While the resolution of the case is likely, the parties need additional time to complete and agreement.  The defendant has assented to the government's request through his counsel, Attorney Vincent Bongiorni.

    5. It is in the best interests of the defendant, the government, and the public to allow a delay in order for this Cour to continue this matter until July 26, 27, 28, or 29, and to exclude the time from June 28, 2004 until the next scheduled date from the period within which the indictment of this case must occur under the Speedy Trial Act.

                      Respectfully submitted,

                      MICHAEL J. SULLIVAN
                      United States Attorney

            By:  s/s Paul Hart Smyth
                      _____
                      Paul Hart Smyth
                      Assistant U.S. Attorney