UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 3:04-mj-646 |
| | ) |
| FRANCISCO TORRES | ) |

MOTION TO CONTINUE

Now comes the defendant in the above entitled matter and moves this Honorable Court continue the preliminary hearing which is presently scheduled for July 28, 2004 to September 8, 2004 at 2:15 p.m.; and asserts as his reasons, therefore, a scheduling conflict of counsel.

Counsel for the defendant has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 22nd day of July, 2004.

_____
Vincent A. Bongiorni