```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
          v.                )   CRIMINAL NO. 04-00646-MAP
                            )
FRANCISCO TORRES,           )
     Defendant.             )
                            )
```

**JOINT MOTION TO CONTINUE THE DEFENDANT'S PRELIMINARY HEARING DATE PURSUANT TO RULE 5.1(d)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant, respectfully request this Court to extend the time period for the preliminary hearing pursuant to Fed.R.Crim.P. 5.1(d). In support of this motion, the government states the following:

1. The defendant Francisco Torres was arrested pursuant to a criminal complaint issued on May 6, 2004.

2. The Court had scheduled a preliminary hearing for September 8, 2004.

3. Counsel for defendant now requests a continuance in order to further consult with the defendant about the possibility of resolving this case short of trial.

4. The defendant, through his counsel, Attorney Vincent Bongiorni has initiated the request for this continuance, and the undersigned assistant U.S. Attorney assents to this request.

The government respectfully requests this Court to find good cause continue this preliminary hearing until on or about September 14, 2004 at 2 pm.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                            By:   s/ Paul Hart Smyth
                                          _____
                                          Paul Hart Smyth
                                          Assistant U.S. Attorney