UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. )
) NO. 3:04-mj-646
)
FRANCISCO TORRES )
)

## MOTION TO CONTINUE PRELIMINARY HEARING DATE TO SEPTEMBER 20, 2004

Now comes the defendant in the above entitled matter and moves this Honorable Court continue the preliminary hearing date to September 20, 2004; and asserts as his reason, therefore, counsel erroneously informed his client the new hearing date would be September 20th and not September 14th as requested in the body of government's motion.

Counsel has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 13th day of September, 2004.

_____
Vincent A. Bongiorni