UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) NO. 3:04-mj-646 |
| | ) |
| FRANCISCO TORRES | ) |

## MOTION TO CONTINUE ARRAIGNMENT DATE

Now comes the defendant in the above entitled matter and requests this Honorable Court continue the arraignment date presently set for this matter to another date convenient to all parties; and states as his reasons, therefore a scheduling conflict.

Counsel for the defendant has conferred with Assistant United States Attorney, Paul Smyth, Esq., who has indicated he has no objection to the allowance of this motion.

THE DEFENDANT

BY: _____
Vincent A. Bongiorni, Esq.
95 State Street, Suite 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

## CERTIFICATE OF SERVICE

I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing to the Assistant United States Attorney, Paul Smyth, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 12th day of October, 2004.

_____
Vincent A. Bongiorni